FRANK WHEELER v. STATE.

No. A-807.   Opinion Filed November 24, 1911.

Appeal from Murray County Court; Harry W. Fielding, Judge.

Frank Wheeler was convicted of violating the prohibitory law, and appeals.   Reversed and remanded.

Ira M. Roberts, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Frank Wheeler, was convicted in the county court of Murray county at the March, 1910, term, on a charge of having possession of intoxicating liquor with the unlawful purpose of selling the same, and was thereafter sentenced to pay a fine of two hundred fifty dollars and be confined in the county jail for a period of six months.   The only proof in this record upon which the conviction is based is that the defendant had possession of certain intoxicating liquor.   Following the rule laid down in the case of **Brooks Andrews v. State**, infra, decided at this term of court, the cause is reversed and remanded with directions to grant a new trial.

---

VAL GARDNER v. STATE.

No. A-710.   Opinion Filed November 24, 1911.

Appeal from Woods County Court; R. A. Cameron, Judge.

Val Gardner was convicted of violating the prohibitory law, and appeals.   Reversed and remanded.

Mauntel & Stevens, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Val. Gardner, was convicted in the county court of Woods county at the January, 1910, term, on a charge of having possession of intoxicating liquor with the unlawful purpose of selling the same, and was thereafter sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days.   The only proof in this record upon which the conviction is based is that the defendant had possession of certain intoxicating liquor.   Following the rule laid down in the case of **Brooks Andrews v. State**, infra, decided at this term of court, the cause is reversed and remanded with directions to grant a new trial.